United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12249-amc |
| Samantha K Naranjo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 08, 2023 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samantha K Naranjo, 3225 Belgreen Road, Philadelphia, PA 19154-1429 |
| 14806470 | + | Freedom Mortgage Corporation, C/O Ryan Starks, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 09 2023 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 09 2023 00:16:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14802687 | + | Email/Text: pfahey@amaccts.com | Nov 09 2023 00:16:00 | American Accounts & Advisers, Attn: Bankruptcy, Po Box 250, Cottage Grove, MN 55016-0250 |
| 14815551 | | Email/PDF: bncnotices@becket-lee.com | Nov 09 2023 01:42:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14802688 | + | Email/PDF: bncnotices@becket-lee.com | Nov 09 2023 00:41:59 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14802689 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 09 2023 00:16:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14820630 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 09 2023 00:16:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14826358 | | Email/Text: megan.harper@phila.gov | Nov 09 2023 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14802690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2023 00:19:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14818517 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 09 2023 00:16:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14806282 | + | Email/Text: EBN@brockandscott.com | Nov 09 2023 00:16:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14802692 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 09 2023 00:16:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14806283 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 09 2023 00:16:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14802691 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 09 2023 00:20:12 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |

Case 23-12249-amc    Doc 25    Filed 11/10/23    Entered 11/11/23 00:33:19    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2023 | Form ID: pdf900 | Total Noticed: 22 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14809492 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 09 2023 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14802693 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 09 2023 00:16:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14820053 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 09 2023 00:42:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14804399 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 09 2023 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14802694 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 09 2023 00:19:58 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 14814343 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 09 2023 00:20:37 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Samantha K Naranjo brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN R. STARKS | on behalf of Creditor Freedom Mortgage Corporation ryan.starks@brockandscott.com wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 08, 2023 | Form ID: pdf900 | Total Noticed: 22 |

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             :
                                   :
Samanthia K. Naranjo               :   CHAPTER 13
                                   :
         Debtor                    :   NO. 23-12249-amc

## CONSENT ORDER REGARDING DEBTOR'S WRONGFUL TERMINATION CLAIM

The undersigned agree on this date, November 2, 2023 to the following:

1. Debtor has a wrongful termination claim against United Airlines, and she is represented by Karpf, Karpf & Cerutti, P.C. who filed a lawsuit in the United States District Court for the State of New Jersey captioned: Naranjo v. United Airlines, Case No. 23-1939 ("Claim").

2. The time period for the Debtor to exempt any of the net proceeds of the Claim shall be tolled until 30 days after Debtor's counsel provides written notice to the Trustee of any moneys recovered for the Claim, and the deadline for the Trustee to object to any exemptions regarding the Claim shall extended until 30 days after the notice is provided to the Trustee or the exemptions are filed, which is latter.

3. Counsel for the Debtor agrees that she will not distribute any funds recovered regarding the Claim without prior written consent of the Chapter 13 Trustee or by further Order of the Bankruptcy Court.

4. The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

5. The parties hereto request the Court enter this agreement as a Consent Order.

**Brad J. Sadek, Esquire**

By: _____
Bankruptcy Attorney for Debtor

**Allison A. Barker, Esquire**

By: /s/ Allison A. Barker
Employment Discrimination/Wrongful Termination Counsel for Debtor

Office of Standing Chapter 13 Trustee

By: _____
Scott F. Waterman, Esquire
2901 St. Lawrence Ave., Ste 100
Reading, PA 19606
(610) 779-1313 (Phone)
(610) 779-3637 fax

Chapter 13 Trustee
IT IS SO ORDERED:

Dated: Nov. 7, 2023

ASHELY M. CHAN,
United States Bankruptcy Court