# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>SAMANTHA K NARANJO | Case No. 23-12249-amc<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| vs. | |
| SAMANTHA K NARANJO ,<br>    Debtor | |

## WITHDRAWAL OF MOTION TO APPROVE LOAN MODIFICATION

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its MOTION TO APPROVE LOAN MODIFICATION filed on December 22, 2023, Docket Number 33.

This 22nd day of December, 2023.

>  /s/Mario Hanyon
> Andrew Spivack, PA Bar No. 84439
> Matthew Fissel, PA Bar No. 314567
> Mario Hanyon, PA Bar No. 203993
> Ryan Starks, PA Bar No. 330002
> Jay Jones, PA Bar No. 86657
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 3825 Forrestgate Drive
> Winston Salem, NC 27103
> Telephone: (844) 856-6646
> Facsimile: (704) 369-0760
> E-Mail: PABKR@brockandscott.com

23-17968 BKOBJ02

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>SAMANTHA K NARANJO<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>SAMANTHA K NARANJO ,<br>    Debtor | Case No. 23-12249-amc<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Motion to Approve Loan Modification has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com


SCOTT F WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Via First Class Mail:


23-17968 BKOBJ02

SAMANTHA K NARANJO
3225 BELGREEN ROAD
PHILADELPHIA, PA 19154

Date: <u>December 26, 2023</u>

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

23-17968 BKOBJ02