**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>SAMANTHA K NARANJO<br>　　Debtor | Case No. 23-12249-amc |
| | Chapter 13 |
| Freedom Mortgage Corporation,<br>　　Movant | |
| vs.<br>SAMANTHA K NARANJO<br>　　Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this  4th  day of  January              , 2024, it is hereby **ORDERED** that the corresponding Motion to Restrict Public Access is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge