**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re: : | |
| SAMANTHA K NARANJO , : | Bankruptcy No. 23-12249-amc |
| Debtor : | Chapter 13 |
| Freedom Mortgage Corporation : | |
| Movant : | |
| : | |
| v. : | |
| SAMANTHA K NARANJO : | |
| and | |
| SCOTT F WATERMAN [Chapter 13], ESQUIRE (TRUSTEE) | |
| Respondent(s) : | |

**CERTIFICATION OF NO ANSWER REGARDING FREEDOM MORTGAGE CORPORATION'S MOTION TO APPROVE LOAN MOD (DE 35)**

The undersigned hereby certifies that, as of January 18, 2024, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion to Approve Loan Mod.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion to Approve Loan Mod. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before January 15, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated:  January 18, 2024            Respectfully submitted,

Brock & Scott, PLLC

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657

Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| In Re: | : |
| SAMANTHA K NARANJO | : Bankruptcy No. 23-12249-amc |
| , | |
| Debtor | : Chapter 13 |
| Freedom Mortgage Corporation | : |
| Movant | : |
| | : |
| v. | : |
| SAMANTHA K NARANJO | : |
| and | |
| SCOTT F WATERMAN [Chapter 13], ESQUIRE (TRUSTEE) | |
| Respondent(s) | : |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on January 18, 2024 to the following:

SAMANTHA K NARANJO
3225 BELGREEN ROAD
PHILADELPHIA, PA 19154

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com


SCOTT F WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of the U.S. Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


*/s/Andrew Spivack*

Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com