**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> SAMANTHA K NARANJO <br><br> Freedom Mortgage Corporation, <br><br> Movant <br><br> vs. <br><br> SAMANTHA K NARANJO , <br> Debtor | Case No. 23-12249-amc <br> Chapter 13 |

**ORDER**

AND NOW, this _____1st_____ day of _____Feb._____, 2024 upon consideration of Freedom Mortgage Corporation (Movant), Motion for Approval of Loan Modification and for Approval to Execute and Record Partial Claim Agreement and any response thereto (if any), it is:

**ORDERED AND DECREED:** that the Modification Agreement as attached to the Motion for Approval for Loan Modification and for Approval to Execute and Record Partial Claim Agreement is approved.

_____
Honorable Ashely M. Chan
U.S Bankruptcy Court Judge