Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 23-12249-AMC**

Samantha K Naranjo  
3225 Belgreen Road  
Philadelphia  PA    19154

Petition Filed Date: 07/28/2023  
341 Hearing Date: 09/15/2023  
Confirmation Date: 07/17/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | $233.00 | | 09/09/2024 | $233.00 | | 10/09/2024 | $233.00 | |
| 11/08/2024 | $233.00 | | 12/06/2024 | $233.00 | | 01/03/2025 | $233.00 | |
| 01/29/2025 | $233.00 | | 03/04/2025 | $233.00 | | 03/31/2025 | $233.00 | |
| 05/05/2025 | $233.00 | | 06/05/2025 | $233.00 | | 07/07/2025 | $233.00 | |

**Total Receipts for the Period: $2,796.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,561.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $2,865.00 | $2,865.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01A | Unsecured Creditors | $2,173.37 | $68.69 | $2,104.68 |
| 2 | PA DEPARTMENT OF REVENUE »» 01B | Unsecured Creditors | $30.40 | $0.00 | $30.40 |
| 3 | CHASE BANK USA NA »» 002 | Unsecured Creditors | $10,354.09 | $366.36 | $9,987.73 |
| 4 | WELLS FARGO BANK NEVADA NA »» 003 | Unsecured Creditors | $9,568.53 | $338.38 | $9,230.15 |
| 5 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Unsecured Creditors | $900.25 | $31.83 | $868.42 |
| 6 | FREEDOM MORTGAGE CORPORATION »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC »» 006 | Unsecured Creditors | $15,376.65 | $543.76 | $14,832.89 |
| 8 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $20,088.65 | $710.40 | $19,378.25 |
| 9 | CITY OF PHILADELPHIA (LD) »» 008 | Secured Creditors | $133.47 | $133.47 | $0.00 |
| 10 | AMERICAN ACCOUNTS & ADVISERS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | AMERICAN EXPRESS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12249-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,561.00 | Current Monthly Payment: | $233.00 |
| Paid to Claims: | $5,057.89 | Arrearages: | ($932.00) |
| Paid to Trustee: | $493.87 | Total Plan Base: | $13,716.00 |
| Funds on Hand: | $9.24 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.