Certificate Number: 03088-PAE-DE-040687458

Bankruptcy Case Number: 23-12249



03088-PAE-DE-040687458

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2026, at 6:14 o'clock PM CST, Samantha K Naranjo completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 3, 2026              By:    /s/Doug Tonne

Name:  Doug Tonne

Title:   Counselor